**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NUMBER** 26-mj-8254-GCS |
| | ) | |
| | ) | |
| **MATTHEW G. OLIVERO** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CRIMINAL COMPLAINT**

I, Nicholas Bullard, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**COUNT 1**

**ATTEMPTED BANK ROBBERY**

On or about November 14, 2026, in St. Clair County, within the Southern District of Illinois,

**MATTHEW G. OLIVERO,**

defendant herein, by force, violence and intimidation attempted to take from the person or presence of another, money, namely United States currency, belonging to and in the care, custody, control, management, and possession of Regions Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

**COUNT 2**

**BANK ROBBERY**

On or about November 14, 2026, in St. Clair County, within the Southern District of Illinois,

**MATTHEW G. OLIVERO,**

defendant herein, by force, violence and intimidation did take from the person or presence of another, money, namely United States currency, belonging to and in the care, custody, control, management, and possession of Regions Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## AFFIDAVIT

I further state that this complaint is based on the following facts:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2019. During my tenure as a Special Agent, I have executed numerous search and arrest warrants, and I have written and submitted to the Court affidavits in support of physical and electronic search warrants, pen register orders, complaints, and other legal process. I have been assigned to the FBI Springfield Violent Crimes Squad since November 2025. Prior to that, I was assigned to the FBI St. Louis Crimes Against Children and Human Trafficking Squad and the FBI Louisville Safe Streets Task Force. I have investigated a variety of criminal matters relating to threats, narcotics, robberies, violent crime, and the online exploitation of children. As a result of my training and experience, including consultation with and information provided by other federal agents with applicable knowledge and experience, I am familiar with the tactics, methods, and techniques used by individuals committing robbery. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing criminal laws.

2. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, and I have

not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that OLIVERO committed violations of Title 18, United States Code, Section 2113(a).

3. On November 14, 2026, at approximately 10:40am, the O'Fallon Police Department received a 911 call from someone within Regions Bank located at 400 E. Highway 50, O'Fallon, Illinois 62269, advising a white male, later identified as MATTHEW G. OLIVERO, claimed to have a bomb and was robbing the bank.

4. Shortly before O'Fallon PD received this 911 call, the Fairview Heights Police Department responded to Regions Bank located at 10950 Lincoln Trail, Fairview Heights, Illinois 62208, due to a similar call for service where a white male had attempted to rob the Regions Bank by claiming he had a bomb. During this robbery, the white male was described as wearing a tan sweatshirt, orange stocking cap, and rainbow-colored mask carrying a multi-colored satchel. The white male provided the teller a note stating, "You how 1 minute to complete. Give me all loose 50's 100's and some 20's Bomb Attached To your alarm system No Dye Packs Return This Note with Money." Below is a CCTV photo of the suspect, later identified as OLIVERO, during the attempted robbery of the Regions Bank in Fairview Heights:



5. After providing the teller with this note, the subject fled the Fairview Heights Regions Bank without receiving money.

6. As O'Fallon PD arrived on scene of their bank robbery, responding officers were notified by witnesses that OLIVERO entered the front passenger seat of a beige Buick that was still parked in the Regions Bank lot. After several commands, OLIVERO, who was wearing a tan sweatshirt, was taken into custody without incident.

7. Once OLIVERO was detained, a black male, later identified as Maurice Bradley exited the bank, claiming to have driven OLIVERO to the bank. Bradley was also detained. While on scene, Bradley stated he had driven OLIVERO to Fairview Heights first, and then OLIVERO informed Bradley their machine was down. Bradley admitted driving OLIVERO to the O'Fallon Regions Bank at OLIVERO's request. Bradley said he had entered the bank to use the restroom and when he exited, OLIVERO was being arrested and he was unsure why.

8. O'Fallon PD interviewed witnesses on scene, who stated the following: While working, they observed OLIVERO and Bradley enter the bank. OLIVERO approached a teller and then Bradley entered the restroom. OLIVERO showed the teller a timer counting down on his phone. The time shown was already under 3 minutes. Olivero pushed a button and said "There's a bomb in your bank. I want all the money now." The teller asked OLIVERO to repeat himself, to which he stated, "There's a bomb in here, in the back. I want all the money now." Regions Bank staff provided OLIVERO with United States Currency (USC) according to his demands. Once given the money, OLIVERO fled the bank and entered the front passenger seat of a beige Buick parked in the parking lot. Bradley soon exited the bathroom and noticed OLIVERO had left the bank without him, which appeared to upset Bradley. Bradley exited the bank shortly thereafter and was also detained.

9. O'Fallon PD transported Bradley and OLIVERO to their police station pending further investigation. The vehicle Bradley had driven to the bank was towed to O'Fallon PD and secured in their sallyport. It should be noted during a search of OLIVERO's person, United States Currency was located within his pants pockets.

10. Law Enforcement interviewed Bradley after providing him with his *Miranda* warnings. During the interview, Bradley advised he had driven OLIVERO to the Regions Bank in Fairview Heights, prior to coming to the O'Fallon's Regions Bank. Bradley stated he believed OLIVERO was attempting to cash a check at each bank and had no idea OLIVERO was attempting to rob them. Bradley provided investigators with consent to search his phones, which showed nothing of evidentiary value. The Buick seized was owned by Bradley. Bradley provided investigators with consent to search his vehicle. During a search of Bradley's Buick, investigators located the following evidence:

a. a multi-colored satchel OLIVERO had worn into both the Fairview Heights and O'Fallon Regions Banks (driver's floorboard)

b. United States Currency (located within the multi-colored satchel)

c. United States Currency (located in a trash bag, front passenger floorboard)

d. Orange stocking cap (center armrest)

e. Rainbow-colored mask (glovebox)

11. OLIVERO was provided with his *Miranda* warnings, which he stated he understood. OLIVERO admitted the following: Prior to committing the bank robbery in O'Fallon, OLIVERO was picked up by Bradley at approximately 9:30 am at his residence. Bradley had no knowledge of OLIVERO's intent to rob a bank. While en route to the Regions Bank located in Fairview Heights, OLIVERO constructed a demand note. OLIVERO entered the Fairview Heights

Regions Bank and provided a teller his note that demanded money with a bomb threat. After reading the note, OLIVERO said the teller turned and walked away from him, which caught OLIVERO off guard, so he exited the bank in Fairview Heights empty handed. OLIVERO entered Bradley's vehicle and requested Bradley drive him to the O'Fallon Regions Bank. Bradley agreed to do so. OLIVERO told Bradley there was a system malfunction at the Fairview Heights Regions Bank, which was why he was unable to complete his transaction. Upon arrival at the O'Fallon Regions Bank, OLIVERO exited Bradley's vehicle and entered the business. OLIVERO demanded money from the bank teller informing bank employees there was a bomb. While OLIVER was committing the robbery, Bradley entered the bank to use the restroom. OLIVERO did not expect Bradley to enter the bank during his robbery. Bradley entered the restroom while OLIVERO completed the robbery and exited after the robbery took place. Since Bradley was no longer occupying his vehicle, OLIVERO entered the front passenger seat and awaited Bradley's return. While doing so, OLIVERO was taken into custody.

12. OLIVERO admitted to being released from prison in 2022 and completing parole in 2024. A criminal history search of OLIVERO revealed he served this sentence for a bank robbery he committed in 2018.

13. Regions Bank completed an audit of the currency stolen by OLIVERO, which was found to be $1,469.00 in USC. The search of OLIVERO's person and Bradley's vehicle recovered exactly $1,469.00 USC. Bills taken from the bank were located in OLIVERO's pants pocket upon his arrest.

14. Regions Bank is insured by the Federal Deposit Insurance Corporation (FDIC).

15. Both Fairview Heights and O'Fallon Regions Banks are located within the Southern District of Illinois.

**CONCLUSION**

16. Based on the foregoing, I submit that there is probable cause to believe that on November 14, 2026, MATTHEW G. OLIVERO committed the offenses set forth in Counts 1 and 2 of this Complaint.

NICHOLAS BULLARD
Special Agent
Federal Bureau of Investigation

STEVEN D. WEINHOEFT
United States Attorney

JOHN D. A. TRIPPI
Assistant United State Attorney

Subscribed and sworn to before me on this 16th day of November, 2026.

GILBERT C. SISON
United States Magistrate Judge
Southern District of Illinois